**SO ORDERED.**

**SIGNED this 19 day of July, 2018.**



*(signature)*

**James P. Smith**
**Chief United States Bankruptcy Judge**

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF GEORGIA
ATHENS DIVISION

| | | |
|---|---|---|
| In the Matter of: | : | Chapter 7 |
| | : | |
| RICHARD L. BUONOCORE, JR., | : | |
| d/b/a BONACORI CUSTOM HOMES, | : | |
| Debtor | : | Case No. 13-30753-JPS |
| | : | |

### ORDER CLOSING CASE

On April 13, 2017, the Court entered an order (Docket No. 63) reopening this case in order to allow post-judgment discovery.

After notice to the parties, a status hearing was held on July 18, 2018. Based on the representations made by Debtor's counsel, and for the reasons stated in open court, it is

ORDERED that this case is hereby closed.

* END OF DOCUMENT *